UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULLAH L. HA'MIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 3:05-0358 |
| MONTGOMERY COUNTY SHERIFF'S, | ) JUDGE ECHOLS |
| NORMAN LEWIS, LT. ARMSTRONG, | ) |
| DEP. DENNY, SGT. REYNOLDS, | ) |
| DEP. SMOTHERS, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Docket Entry No. 36), is hereby ACCEPTED IN PART and REJECTED IN PART. The Court ACCEPTS that part of the R&R which recommends granting Defendant's Motion for Summary Judgment on the First Amendment Establishment Clause claim. The Court REJECTS that part of the R&R which recommends denying Defendant's Motion for Summary Judgment on the First Amendment Free Exercise claim.

(2) Defendant's Motion for Summary Judgment (Docket Entry No. 27) is hereby GRANTED in its entirety.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1